IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR RUIZ,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CORRECTION OFFICER STOUT, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-03300-DSF-RAO<br><br>**[~~PROPOSED~~] ORDER** |

　　Defendants H. Blagg, C. Burkhammer, J. Stout, and M. Mangayao ("Defendants") have applied for an order to extend the deadline for the filing of a responsive pleading to Plaintiff's First Amended Complaint. The Court has read and considered Defendants' ex parte application and the accompanying declaration of counsel and, good cause appearing,

//

//

//

1

IT IS HEREBY ORDERED that:

1. Defendants' motion is GRANTED;

2. Defendants shall file a responsive pleading to Plaintiff's First Amended Complaint on or before February 11, 2022.

///

Dated: December 8, 2021

*Rozella A. Oliver*
_____
Honorable Rozella A. Oliver
United States Magistrate Judge

LA2021604355
Proposed Order – EOT for RP