UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RUIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CORRECTION OFFICER STOUT, et al.,<br><br>            Defendants. | Case No. CV 21-03300 DSF (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), the Motion to Dismiss filed by Defendants H. Blagg, C. Burkhammer, J. Stout, and M. Mangayao (collectively, "Defendants"), the Amended Interim Report and Recommendation of United States Magistrate Judge ("Amended Interim Report"), dated August 17, 2022, and all other records and files herein.

      No objections were filed in response to the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") issued March 31, 2022. An additional period for filing objections to the Amended Interim Report is not warranted because the Amended Interim Report was issued to reflect Plaintiff's voluntary dismissal of his claims against Defendant Blagg and did not make any

substantive changes to the Interim Report's findings and recommendations as to the remaining claims and defendants. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED IN PART and Plaintiff's official capacity claims for damages against Defendants are dismissed with prejudice and without leave to amend;

(2) Defendants' Motion to Dismiss is DENIED as MOOT as to all claims against Defendant Blagg and as to the retaliation claim against Stout;

(3) Defendants' Motion to Dismiss is DENIED in all other respects; and

(4) Defendants Burkhammer, Stout, and Mangayao shall file an Answer to the FAC by November 10, 2022.[1]

IT IS SO ORDERED.

DATED: October 11, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

[1] The Court GRANTS Defendants' Ex Parte Application for Extension of Time for Responsive Pleading. Dkt. No. 48.