

1  Victor Ruiz in Pro se
   6247 State St
2  Huntington Park
   323-331-5496
3

4              UNITED STATES DISTRICT COURT

5              CENTRAL DISTRICT OF CALIFORNIA

6  VICTOR RUIZ,                    Case No.: 2:21-CV-03300-DSF-RAO

7         Plaintiff,

8  vs.                             PROOF OF SERVICE

9  CORRECTION OFFICER STOUT,

10        Defendant

11

12    I Victor Ruiz, declare as follows:

13

14    My address is 6247 State St, Huntington Park, CA 90255 which is located in the county where the mailing

15 described below took place

16    On 9/21/23, I served the documents either in person or by mail described as: Plaintiff's opposition to summary

17 judgment

18

19    On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with

20 first-class postage prepaid thereon, and deposited said envelope in the United States at or in Los Angeles California

21 Address to:

22            Name

23     Attn: Court Clerk        255 East Temple St, Room 180

24     U.S. District Court      Los Angeles Ca 90012

25     Central District

26     Attn: Jason Torres        300 South Spring St

27     Attorney General          Los Angeles, Ca 90013

28

PROOF OF SERVICE - 1

I declare under penalty of perjury under the laws of the State of California and United States of America the foregoing is true and correct and that this declaration was executed on September 21, 2023 at Los Angeles, California.

_/s/ Vw Hu_

PROOF OF SERVICE - 2

