ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
JASON TORRES
Deputy Attorney General
State Bar No. 285997
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6182
  Fax: (916) 761-3641
  E-mail: Jason.Torres@doj.ca.gov
*Attorneys for Defendants*
*C. Burkhammer, J. Stout, and M. Mangayao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VICTOR RUIZ,**<br><br>                Plaintiff,<br><br>v.<br><br>**CORRECTION OFFICER STOUT, et al.,**<br><br>                Defendants. | 2:21-cv-03300-DSF-RAO<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   The Honorable Rozella A. Oliver<br>Action Filed: 4/14/2021 |

**APPLICATION**

PLEASE TAKE NOTICE: Defendants C. Burkhammer, J. Stout, and M. Mangayao ("Defendants") respectfully apply ex parte for a 10-day extension of time, until October 16, 2023, to confer with defense counsel, review Plaintiff's brief, and draft a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Due to the current workload of the assigned Deputy Attorney General, it has been impossible to review Plaintiff's brief and to prepare a reply to Plaintiff's

1

opposition to the summary judgment motion. Thus, the requested extension of time is necessary for Defendants to defend this lawsuit.

    Accordingly, Defendants request that the deadline for filing their Reply be extended until October 16, 2023. Defendants make this Application under Federal Rule of Civil Procedure 6(b)(1)(A) on the ground that good cause exists to grant an extension for the reasons set forth in the attached Memorandum of Points and Authorities and the Declaration of Deputy Attorney General Jason Torres.

Dated: October 4, 2023

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
G<small>IAM</small> M. N<small>GUYEN</small>
Supervising Deputy Attorney General

*/s/ Jason Torres*
J<small>ASON</small> T<small>ORRES</small>
Deputy Attorney General
*Attorneys for Defendants C. Burkhammer, J. Stout, and M. Mangayao*

# MEMORANDUM OF POINTS AND AUTHORITIES

Courts are authorized, for good cause, to enlarge the time within which a party may or must do an act within a specific time. Fed. Rule Civ. Proc. 6(b)(1). The assigned Deputy Attorney General has cases with contemporaneous deadlines and tasks which demand his attention. Additionally, Plaintiff attached as an exhibit to his Opposition a declaration from an alleged witness, David Wyatt, which had not been provided during discovery. This additional piece of evidence requires time to investigate. Therefore, Defense counsel seeks a short extension to properly prepare Defendants' Reply in support of their Motion for Summary Judgment. Accordingly, Defendants request the deadline to file a Reply be extended for 10 days to the date of October 16, 2023.

The assigned Deputy Attorney General has acted with reasonable diligence in regard to this case. Unfortunately, due to the conditions stated above there has not been enough time to conduct the necessary research and investigation required to draft a proper Reply. Thus, the requested extension is necessary.

Dated: October 4, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

*/s/ Jason Torres*
JASON TORRES
Deputy Attorney General
*Attorneys for Defendants*
*C. Burkhammer, J. Stout, and M. Mangayao*

LA2021604355

## DECLARATION OF JASON TORRES

I, Jason Torres, declare:

1. I am a Deputy Attorney General in the Office of the Attorney General of the State of California, and am admitted to practice in the State of California.

2. I have personal knowledge of the facts attested to herein, and if called to testify, would and could testify competently thereto.

3. I currently represent C. Burkhammer, J. Stout, and M. Mangayao in this lawsuit.

4. I have exercised reasonable diligence in this matter. My office received Plaintiff's Opposition on September 26, 2023.

5. Currently, I have a large amount of active cases assigned to me, many with current deadlines, including responses to voluminous discovery requests, discovery motions, preparation for an upcoming settlement conference, and various other tasks in several cases which required my attention in the last week.

6. Additionally, in Plaintiff's Opposition, he attached as an exhibit a declaration from a David Wyatt. This declaration had not been previously provided to me during discovery, nor do I recall Plaintiff ever even mentioning this alleged witness. In the Declaration of David Wyatt, the declarant claims to be an inmate (or former inmate) of California Men's Colony. No CDCR number is provided. The declarant claims to have been a witness to the assault in the prison yard on October 21, 2019, and attests that Plaintiff was not involved in the assault. He also claims "a long time passed" after the suspect inmates were detained before Plaintiff was finally detained.

7. During the discovery period in this case, Defendant Burkammer did propound discovery on Plaintiff including Requests for Production of Documents, "REQUEST NO. 2: All written statements that you have obtained from any person related to the claims in your First Amended Complaint." In response, Plaintiff did produce the William Birdsall declaration, but has never supplemented his response to produce the David Wyatt declaration.

4

8. I believe this new evidence, not previously provided during the discovery period, requires some additional time to investigate, so that Defendants can properly reply to Plaintiff's Opposition.

9. Accordingly, Defendants request that the deadline for filing their Reply in Support of Defendants' Motion for Summary Judgment be extended by 10 days to October 16, 2023.

I declare and affirm under penalty of perjury pursuant to the laws of the United States, that the forgoing facts are true and correct to the best of my knowledge, recollection and belief.

Executed this 4 day of October, 2023, in Norwalk, California.

*/s/ Jason Torres*
Jason Torres

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants M. Mangayao, C. Burkhammer, and J. Stout, certifies that this brief contains 986 words, which:

_x_ complies with the word limit of L.R. 11-6.1.

__ complies with the word limit set by court order dated [date].

Dated: October 4, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ Jason Torres
JASON TORRES
Deputy Attorney General
*Attorneys for Defendants M. Mangayao, C. Burkhammer, and J.Stout*

# CERTIFICATE OF SERVICE

Case Name:   **Ruiz, Victor v. Stout, et al.**          Case No.    **2:21-cv-03300-DSF-RAO**

I hereby certify that on October 4, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 4, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Victor Ruiz
6247 State Street
Huntington Park, CA 90255


I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 4, 2023, at Los Angeles, California.

|  R. Velasco | /s/ R. Velasco |
|---|---|
| Declarant | Signature |

LA2021604355
66281135.docx