ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
JASON TORRES
Deputy Attorney General
State Bar No. 285997
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6182
  Fax:  (916) 761-3641
  E-mail:  Jason.Torres@doj.ca.gov
*Attorneys for Defendants*
*C. Burkhammer, J. Stout, and M.Mangayao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VICTOR RUIZ,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CORRECTION OFFICER STOUT, et al.,**<br><br>                    Defendants. | 2:21-cv-03300-DSF-RAO<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Judge:    The Honorable Rozella A. Oliver<br>Action Filed: 4/14/2021 |

    Plaintiff Victor Ruiz and Defendants C. Burkhammer, J. Stout, and M. Mangayao have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this entire action with prejudice, in accordance with Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii).  The filing of this stipulation automatically terminates this action.

/////

/////

/////

/////

1

Each party shall bear its own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: October 6, 2023

_____
Plaintiff Victor Ruiz
*Plaintiff in Pro Se*

Dated: October 6, 2023

_____
Jason Torres
Deputy Attorney General
*Attorney for Defendants*
*C. Burkhammer, J. Stout, and*
*M. Mangayao*

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: | **Ruiz, Victor v. Stout, et al.** |
| USDC Case No. | **2:21-cv-03300-DSF-RAO** |

I hereby certify that on **October 6, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **October 9, 2023**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Victor Ruiz
6247 State Street
Huntington Park, CA 90255
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **October 6, 2023**, at San Diego, California.

| | |
|---|---|
| A. Dotson | *[signature]* |
| Declarant | Signature |

LA2021604355
84187879.docx